1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL PEGRAM,

11              Plaintiff,                    No. CIV S-06-0474 MCE GGH P

12        vs.

13   TOM VOSS, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff, proceeding pro se, is apparently civilly committed at Coalinga State

17   Hospital and has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request

18   to proceed in forma pauperis.  In his complaint, plaintiff alleges violations of his civil rights by

19   defendants.  The alleged violations took place in Fresno County, which is part of the Fresno

20   Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule

21   3-120(d).

22              Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

26   request to proceed in forma pauperis.

1   Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3       2.  This action is transferred to the United States District Court for the Eastern

4   District of California sitting in Fresno; and

5       3.  All future filings shall reference the new Fresno case number assigned and

6   shall be filed at:

7           United States District Court
Eastern District of California

8           2500 Tulare Street
Fresno, CA 93721

9

10  DATED:  3/22/06

                                        /s/ Gregory G. Hollows

11  _____

12                                          GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

13  GGH:009/mp
pegr0474.22

14

15

16

17

18

19

20

21

22

23

24

25

26

2