# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEGRAM,<br><br>            Plaintiff,<br><br>    v.<br><br>TOM VOSS, et al.,<br><br>            Defendants. | CASE NO. 1:06-cv-00326-AWI-SMS P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 1) |

Plaintiff Michael Pegram ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that it states cognizable claims for relief under section 1983 against defendants Voss, Olesky, Chernoff, Turpin, Maul, Joya, Carter, Greer, Ly, Pfenning, Elan, and Davis for violation of the Due Process Clause of the Fourteenth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Hydrick v. Hunter, 466 F.3d 676, 697 (9th Cir. 2006). Accordingly, it is HEREBY ORDERED that:

   1.   Service is appropriate for the following defendants:

        TOM VOSS

        EDWARD OLESKY

        SHARON CHERNOFF

        CONSUELA TURPIN

        LINDA MAUL

        MIRIAM JOYA

1        MARILYN CARTER

2        VIRGINIA GREER

3        DOMINIE LY

4        AMY PFENNING

5        MARILYN ELAN

6        MIKE DAVIS

7    2.    The Clerk of the Court shall send plaintiff twelve (12) USM-285 forms, twelve (12) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 8, 2006.

10    3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

13       a.    Completed summons;

14       b.    One completed USM-285 form for each defendant listed above; and

15       c.    Thirteen (13) copies of the endorsed complaint filed March 8, 2006.

16    4.    Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

20    5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

23 IT IS SO ORDERED.

24 **Dated:  December 12, 2006**         /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE