UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEGRAM,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM VOSS, et al.,<br><br>    Defendants. | 1:06-cv-00326 AWI SMS P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE DOCUMENTS NUNC PRO TUNC TO JANUARY 29, 2007<br><br>(DOCUMENT #12) |

On January 12, 2007, plaintiff filed a motion to extend time to submit documents in compliance with the court's order of December 13, 2006. Inasmuch as plaintiff filed the Notice of Submission of Documents on January 29, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to submit documents is GRANTED nunc pro tunc to January 29, 2007.

IT IS SO ORDERED.

**Dated:   February 8, 2007**            /s/ Sandra M. Snyder
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE