EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
ROY S. LIEBMAN, State Bar No. 55848
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5360
 Fax: (916) 324-5567
 Email: Roy.Liebman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEGRAM,<br><br>                    Plaintiff,<br><br>v.<br><br>TOM VOSS; EDWARD OLESKY; SHARON CHERNOFF; CONSUELA TURPIN; LINDA MAUL; MIRIAM JOYA; MARILYN CARTER; VIRGINIA GREER; DOMINIE LY; AMY PFENNING; MARILYN ELAN; MIKE DAVIS,<br><br>                    Defendants. | Case No. 1:06-CV-00326-AWI-SMS PC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR A THIRTY-DAY EXTENSION OF TIME TO FILE AN ANSWER OR A RESPONSIVE MOTION**<br><br>(Doc. 20) |

On May 23, 2007, defendants Voss, Olesky, Chernoff, Turpin, Maul, Joya, Carter, Greer, Ly, Pfenning, Elan, and Davis filed a motion seeking an extension of time to file an answer or a responsive motion. Good cause having been shown, the defendants shall have **thirty (30) days** from the date of service of this order to file their answer or responsive motion.

IT IS SO ORDERED.

**Dated:   May 24, 2007**                   **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE