# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEGRAM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOM VOSS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00326-AWI-SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHIN TWENTY-ONE DAYS<br><br>(Doc. 23) |

Plaintiff Michael Pegram ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2007, defendants filed a motion to dismiss. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

Plaintiff is required to file an opposition or a statement of non-opposition to defendants' motion to dismiss within **twenty-one (21) days** from the date of service of this order.[1] If plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:　August 14, 2007**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Eighteen days plus three days for mailing. Local Rule 78-230(m).

1