# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEGRAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM VOSS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00326-AWI-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO COMPLY WITH COURT ORDER OF AUGUST 15, 2007, WITHIN FIFTEEN DAYS OR THIS ACTION WILL BE DISMISSED, WITH PREJUDICE<br><br>(Doc. 36) |

　　　　Plaintiff Michael Pegram ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2007, the court ordered plaintiff to file an opposition or a statement of non-opposition to defendants' motion to dismiss within twenty-one days. Local Rule 78-230(m). Plaintiff was warned that if he failed to comply, this action would be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

　　　　More than twenty-one days have passed and plaintiff has not complied with the order. However, plaintiff left a voicemail message with the chambers of the undersigned concerning his compliance with the order. Ex parte contact with the court is inappropriate, and the court cannot take action in a case absent a written filing.

///
///
///
///

1

Plaintiff has **fifteen (15) days** to comply, in writing, with the order of August 15, 2007. If plaintiff fails to comply within fifteen days, this action will be dismissed, with prejudice, pursuant to the order of August 15, 2007.

IT IS SO ORDERED.

**Dated:   October 16, 2007**              /s/ Sandra M. Snyder
                                                                     UNITED STATES MAGISTRATE JUDGE