# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEGRAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOM VOSS, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:06-cv-00326-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 38) |

Plaintiff Michael Pegram ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 4, 2008, is adopted in full;

///

///

2.  This action is dismissed, with prejudice, for failure to obey a court order and failure to prosecute; and

3.  The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:      February 25, 2008**                                  /s/ Anthony W. Ishii
                                                                              UNITED STATES DISTRICT JUDGE